UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDI SIBLEY | CIVIL ACTION |
| VERSUS | NO. 22-4757 |
| TOURO LCMC HEALTH, ET AL | SECTION: L (4) |

**O R D E R**

This Court has been advised that not all of the parties have consented to proceed to trial before the Magistrate Judge. Accordingly,

**IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge is hereby **VACATED**, except for pretrial matters so referred under L.R. 72.1.

New Orleans, Louisiana, this  27th  day of March, 2023.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE