IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDI SIBLEY** | * | CIVIL ACTION NO. 2:22-CV-04757 |
| | * | |
| v. | * | JUDGE: ELDON E. FALLON |
| | * | |
| **TOURO LCMC HEALTH** | * | MAGISTRATE: KAREN WELLS ROBY |
| **GREG FEIRN** | * | |
| **DR. JOHN HEATON CMO** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE ORDERS**

MAY IT PLEASE THE COURT:

In what is a first for Defendants, and likely a rare occurrence for this Court, Defendants Louisiana Children's Medical Center d/b/a LCMC Health, Greg Feirn, and Dr. John Heaton (collectively, "Defendants") submit this Opposition to Sibley's Motion to Vacate Orders (R. Doc. 26), which asks this Court to vacate its Orders granting the Motions for Leave to File Reply submitted by Dr. John Heaton and LCMC Health in further support of their respective Motions to Dismiss. Sibley's sole ground for asking the Court to vacate these Orders is Defendants' argument provided in both Motions for Leave (R. Docs 13 and 14)—that Sibley's Opposition briefs were untimely, which Sibley disputes. While Sibley's argument is wrong on this point, that is of no moment. Disagreement with Defendants regarding the application of law is not a sufficient ground

1

for vacating or modifying an order under Rules 59 or 60 of the Federal Rules of Civil Procedure and should be rejected by this Court.

Defendants will not belabor the inaccuracies in Sibley's Motion to Vacate Orders, but will simply point out that Sibley received the Motions to Dismiss on February 17, 2023. R. Doc. 26, ¶ 4. Pursuant to Local Rule 7.5, Sibley was required to file her opposition no later than eight days before the submission date of the Motions to Dismiss, which was March 15, 2023; thus, Sibley was obligated to file her Opposition by March 7, 2023. Instead, she filed her Oppositions (labelled as Replies) on March 13, 2023. R. Docs. 9 & 10. Sibley's contentions otherwise in her Motion to Vacate Orders are incorrect and should be disregarded by this Court.

For the foregoing reasons, this Court should deny Sibley's Motion to Vacate Orders.

4751368.v1

Respectfully submitted:


 /s/ *Peter J. Butler, Jr.*
PETER J. BUTLER, JR. (La Bar Roll No. 18522)
RICHARD G. PASSLER (La Bar Roll No. 21006)
PHILIP J. GIORLANDO (La Bar Roll No. 38234)
**BREAZEALE, SACHSE & WILSON, LLP**
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, Louisiana 70112-4004
Main Phone: (504) 584-5454 / (504) 619-1800
Fax Number: (504) 584-5452
Email:	peter.butler.jr@bswllp.com
	richard.passler@bswllp.com
	philip.giorlando@bswllp.com

MELISSA M. SHIRLEY  (La. Bar Roll No. 25248)
**BREAZEALE, SACHSE & WILSON, LLP**
301 Main Street, 23rd Floor
Baton Rouge, Louisiana 70821-3197
Telephone:  225-387-4000
Fax:  225-381-8029
Email:	melissa.shirley@bswllp.com

*Counsel for LCMC Health, Greg Feirn, and Dr. John Heaton*

3

4751368.v1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that a copy of the above and foregoing pleading has been filed via the Court's CM/ECF Electronic Filing system and forwarded to Brandi Sibley, *pro sé* Plaintiff, via U.S. Mail on this 14th day of April, 2023.

                                        /s/ Peter J. Butler, Jr.