**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRANDI SIBLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4757** |
| **TOURO LCMC HEALTH, ET AL** | **SECTION: "P" (4)** |

### ORDER

Plaintiff's Motion for Summary Judgment (R. Doc. 32) was filed on August 10, 2023, but Plaintiff failed to provide notice of the submission date as required by Local Rule 7.2. The Court's next available submission date is September 20, 2023. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (R. Doc. 32) will be submitted to the Court for decision on September 20, 2023.

New Orleans, Louisiana, this 22nd day of August, 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**