IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDI SIBLEY** | * | **CIVIL ACTION NO. 2:22-CV-04757** |
| | * | |
| v. | * | **JUDGE: ELDON E. FALLON** |
| | * | |
| **TOURO LCMC HEALTH** | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **GREG FEIRN** | * | |
| **DR. JOHN HEATON CMO** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO STAY DISCOVERY

**NOW COME** Defendants, Greg Feirn, Dr. John Heaton, and Louisiana Children's Medical Center, d/b/a LCMC Health ("LCMC Health") (improperly named as "Touro LCMC Health") (collectively "Defendants"), through undersigned counsel, who respectfully move this Court pursuant to Federal Rule of Civil Procedure Rule 26(c) to stay all discovery in this case pending the resolution of Defendants' dispositive Motions to Dismiss under Rule 12(b)(6) which are under submission in this matter. As discussed in detail in the Memorandum in Support hereto, the resolution of the Defendants' Motions to Dismiss (R. Docs. 8 and 20) may resolve this matter entirely. Additionally, the discovery sought thus far (to which Defendants have timely objected out of an abundance of caution), are improper and irrelevant to the claims actually asserted in this case and demonstrate Plaintiff Brandi Sibley's ("Sibley") efforts to conduct a "fishing expedition"

for new claims and a witch hunt against Defendants' responsible responses to the COVID-19 epidemic.[1] Moreover, all motions in this matter, including Defendants' Motions to Dismiss Sibley's case with prejudice, are under submission with this Court.[2] Sibley cannot use any discovery to challenge Motions to Dismiss under Rule 12(b)(6), which are limited solely to the claims in the pleadings, therefore, any discovery sought would be an unnecessary waste of the parties' time and resources, and judicial economy.

**WHEREFORE**, for the reasons provided herein and as more fully discussed in the accompanying Memorandum in Support, Defendants pray that this Motion be granted and that all discovery be stayed until after the Court has ruled on Defendants' Motions to Dismiss.

---

[1] It should be noted that this Motion is not a motion for protective order; thus, in the event Sibley continues to propound improper discovery in this case prior to this Court's ruling on Defendants' Motion to Stay, Defendants reserve the right to seek a protective order preventing said improper conduct.

[2] In addition to Defendants' Motions to Dismiss, several other matters are fully briefed and under submission with this Court, including Sibley's own Motion for Summary Judgment. R. Doc. 32.

Respectfully submitted:

/s/ *Peter J. Butler, Jr.*
PETER J. BUTLER, JR. (La Bar Roll No. 18522)
RICHARD G. PASSLER (La Bar Roll No. 21006)
PHILIP J. GIORLANDO (La Bar Roll No. 38234)
**BREAZEALE, SACHSE & WILSON, LLP**
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, Louisiana 70112-4004
Main Phone: (504) 584-5454 / (504) 619-1800
Fax Number: (504) 584-5452
Email:     peter.butler.jr@bswllp.com
           richard.passler@bswllp.com
           philip.giorlando@bswllp.com

MELISSA M. SHIRLEY  (La. Bar Roll No. 25248)
**BREAZEALE, SACHSE & WILSON, LLP**
301 Main Street, 23rd Floor
Baton Rouge, Louisiana 70821-3197
Telephone:  225-387-4000
Fax:  225-381-8029
Email:     melissa.shirley@bswllp.com

*Counsel for Dr. John Heaton, LCMC Health, and Greg Feirn*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that a copy of the above and foregoing pleading has been filed via the Court's CM/ECF Electronic Filing system and forwarded to Brandi Sibley, *pro sé* Plaintiff, via U.S. Mail on this 25th day of January, 2024.

/s/ *Peter J. Butler, Jr.*