IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDI SIBLEY** | * | **CIVIL ACTION NO. 2:22-CV-04757** |
| | * | |
| **v.** | * | **JUDGE: ELDON E. FALLON** |
| | * | |
| **TOURO LCMC HEALTH** | * | **MAGISTRATE:  KAREN WELLS ROBY** |
| **GREG FEIRN** | * | |
| **DR. JOHN HEATON CMO** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Stay Discovery of Defendants, Louisiana Children's Medical Center, d/b/a LCMC Health, Greg Feirn, and Dr. John Heaton will be submitted for consideration on <u>February 14, 2024 at 11:00 a.m.</u> to the Honorable Karen Wells Roby, United States Magistrate Judge for the Eastern District of Louisiana.

4943447.v1

Respectfully submitted:

/s/ *Peter J. Butler, Jr.*
PETER J. BUTLER, JR. (La Bar Roll No. 18522)
RICHARD G. PASSLER (La Bar Roll No. 21006)
PHILIP J. GIORLANDO (La Bar Roll No. 38234)
**BREAZEALE, SACHSE & WILSON, LLP**
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, Louisiana 70112-4004
Main Phone: (504) 584-5454 / (504) 619-1800
Fax Number: (504) 584-5452
Email:       peter.butler.jr@bswllp.com
             richard.passler@bswllp.com
             philip.giorlando@bswllp.com

MELISSA M. SHIRLEY  (La. Bar Roll No. 25248)
**BREAZEALE, SACHSE & WILSON, LLP**
301 Main Street, 23rd Floor
Baton Rouge, Louisiana 70821-3197
Telephone:  225-387-4000
Fax:  225-381-8029
Email:       melissa.shirley@bswllp.com

*Counsel for Dr. John Heaton, LCMC Health, and Greg Feirn*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a copy of the above and foregoing pleading has been filed via the Court's CM/ECF Electronic Filing system and forwarded to Brandi Sibley, *pro sé* Plaintiff, via U.S. Mail on this 25th day of January, 2024.

/s/ *Peter J. Butler, Jr.*