UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDI SIBLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4757** |
| **TOURO LCMC HEALTH, ET AL** | **SECTION: "P" (4)** |

## ORDER AND REASONS

Before the Court is a Motion to Stay Discovery filed by Defendants, Greg Feirn, Dr. John Heaton, and Louisiana Children's Medical Center d/b/a LCMC Health (improperly named as "Touro LCMC Health") (collectively, "Defendants").[1] Defendants move this Court to stay all discovery in this matter until the Court rules on Defendants' motions to dismiss that are currently under submission. Plaintiff, Brandi Sibley, did not file any opposition to Defendants' Motion to Stay Discovery. Having considered the record, the applicable law, and the Defendants' briefing in support of the instant motion, the Court finds that Defendants' Motion to Stay Discovery (R. Doc. 38) should be **GRANTED**.

This Court "has 'broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined.'"[2] Pursuant to Federal Rule of Civil Procedure 26(c), "the court may stay discovery for 'good cause,' such as a finding that further discovery will impose undue burden or expense without aiding the resolution of the dispositive motions."[3] For the reasons provided in the instant Motion to Stay Discovery, the Court finds that Defendants have shown good cause and that a stay of

---

[1] R. Doc. 38.
[2] *Fujita v. United States*, 416 F. App'x 400, 402 (5th Cir. 2011) (quoting *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987)).
[3] *Id.*

discovery until the Court's resolution of Defendants' motions to dismiss is appropriate to conserve the resources of the parties.

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery (R. Doc. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery in this matter is **STAYED** until the Court rules on Defendants' pending motions to dismiss.

New Orleans, Louisiana, this 21st day of February 2024.

_____
**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**